Form 3-1

Form 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **EAST ASIA ALUMINUM COMPANY LIMITED,**<br><br>         **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>         **Defendant.** | **SUMMONS**<br>**Court No. 24-00255** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff East Asia Aluminum Company is a foreign producer and exporter of aluminum extrusions from the Socialist Republic of Vietnam. Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's April 1, 2023 – September 30, 2023 less than fair value investigation of Aluminum Extrusions from the Socialist Republic of Vietnam. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(3).

   (Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final results of the April 1, 2023 – September 30, 2023 less than fair value investigation of *Aluminum Extrusions From the Socialist Republic of Vietnam. See Aluminum Extrusions From the Socialist Republic of Vietnam: Amended Final Affirmative Determination of Sales at Less Than Fair Value and Final Affirmative Determination of Critical Circumstances*, 89 Fed. Reg. 85,510 (Dep't Commerce Oct. 28, 2024).

   (Brief description of contested determination)

Form 3-1

3. October 22, 2024
   (Date of Determination)

4. Commerce's *Final Results* were published in the *Federal Register* on October 28, 2024.
   (If applicable, date of publication in *Federal Register* of notice of contested determination)

/s/ Eugene Degnan
Signature of Plaintiffs' Attorney

December 20, 2024
Date

Eugene Degnan
**Morris, Manning & Martin, LLP**
1333 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036
(202) 216-4107
edegnan@mmmlaw.com

*Counsel to East Asia Aluminum Company Limited*

Form 3-1

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

### UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C. 20530

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C. 20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)